IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOUSSA DIAW | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 26-761 |
| | : | |
| JAMAL L. JAMISON, MICHAEL T. ROSE | : : | |

# ORDER

AND NOW, this 27th day of February 2026, it is ORDERED we will set a hearing on the petition on **March 11, 2026** at **1:30P.M.** in **Courtroom 3B**, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.[1]  The government must produce the petitioner and provide a Wolof interpreter.

*[signature]*
MURPHY, J.

---

[1] The focus of our hearing will be whether Immigrations and Customs Enforcement (ICE) complied with its own regulations in revoking petitioner's Order of Supervision (OSUP). Therefore, we would like to hear testimony from petitioner, Acting Field Office Director Michael Rose, and any other ICE employees that the government thinks will help meet its burden on this front.  We also will hear argument on the applicability of 8 C.F.R. § 241.4 (l)(1), § 241.4 (l)(2) and § 241.13 (i), and on the effect of petitioner's wife's I-130 on petitioner's detention.