IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOUSSA DIAW | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  26-761 |
| | : | |
| JAMAL L. JAMISON, MICHAEL T. ROSE | : : | |

# ORDER

**AND NOW**, this 11th day of March 2026, upon considering the petition (DI 1), the government's response (DI 4), the government's supplemental briefing (DI 8), the petitioner's declaration (DI 9), the petitioner's response (DI 11), the government's letter (DI 12), and following our hearing held today, it is **ORDERED** the petitioner's petition (DI 1) is **GRANTED** for the reasons stated on the record.  Respondents shall immediately release Petitioner from custody. The Clerk of the Court shall **CLOSE** this case.

_____
MURPHY, J.