**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MOUSSA DIAW** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-761** |
| | : | |
| **JAMAL L. JAMISON, MICHAEL T. ROSE** | : | |

**ORDER**

**AND NOW**, this 25th day of August 2026, upon considering petitioner's motion for attorneys' fees and expenses under the Equal Access to Justice Act (DI 18), respondents' opposition (DI 21), petitioner's reply (DI 24), respondents' motion to place the case in abeyance (DI 27), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Petitioner's motion for attorneys' fees and expenses (DI 18) is **GRANTED**. We award Mr. Diaw attorneys' fees in the amount of $7,245.63.

2. Respondents' motion to place the case in abeyance (DI 27) is **DENIED as moot**.

3. The Clerk of Court shall **close** this case.

MURPHY, J.